US00D771400S

(12) **United States Design Patent**
DoVale

(10) Patent No.: **US D771,400 S**
(45) Date of Patent: ✱✱ **Nov. 15, 2016**

(54) **STADIUM SEAT**

(71) Applicant: **Anthony Joseph DoVale**, Roswell, GA (US)

(72) Inventor: **Anthony Joseph DoVale**, Roswell, GA (US)

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/519,425**

(22) Filed: **Mar. 4, 2015**

(51) **LOC (10) Cl.** ................................................ **06-01**

(52) **U.S. Cl.**
USPC ...................................................... **D6/368**

(58) **Field of Classification Search**
USPC .......................... D6/334–336, 360–381, 716, D6/716.1–716.4
CPC ......... A47C 1/032; A47C 1/12; A47C 1/16; A47C 1/121; A47C 1/124; A47C 3/16; A47C 7/021; A47C 7/56; A47C 7/62; A47C 7/407; B60N 2/02; B60N 2/686; B63B 29/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D121,266 | S | * | 7/1940 | Archer ........................ 297/250.1 |
| 2,792,875 | A | | 5/1957 | Pirrone |
| 3,026,142 | A | * | 3/1962 | Holloway ................ A47C 1/16 297/252 |
| 3,066,980 | A | | 12/1962 | Clute |
| 3,560,047 | A | * | 2/1971 | Davis ........................ A47C 7/62 297/188.01 |
| 3,994,529 | A | | 11/1976 | Lippert |
| D252,658 | S | * | 8/1979 | Kressin ........................ D6/368 |
| 4,190,918 | A | | 3/1980 | Harvell |
| 4,541,666 | A | | 9/1985 | Vanderminden |
| D293,282 | S | | 12/1987 | Ashford |
| 4,715,652 | A | | 12/1987 | Ward |
| 4,781,413 | A | * | 11/1988 | Shumack, Jr. ......... A47C 7/021 297/188.14 |
| 4,824,171 | A | | 4/1989 | Hollingsworth |
| 4,930,838 | A | | 6/1990 | Brabant |
| 5,058,949 | A | | 10/1991 | Hoffman |
| 5,067,771 | A | | 11/1991 | Ellis |
| D332,010 | S | | 12/1992 | Powers |
| 5,433,502 | A | | 7/1995 | Condorodis |
| D360,768 | S | | 8/1995 | Hwang et al. |
| 5,516,193 | A | | 5/1996 | Simpson |
| D376,484 | S | | 12/1996 | Gregory |
| 5,580,130 | A | | 12/1996 | Williams et al. |
| D396,964 | S | | 8/1998 | Mullins |
| D412,793 | S | | 8/1999 | Neubauer, Jr. |
| 5,961,178 | A | | 10/1999 | Hodson |
| D418,317 | S | | 1/2000 | Rand |
| D421,190 | S | | 2/2000 | Sagastegui |

(Continued)

OTHER PUBLICATIONS

OurChairs, www.stadiumchairs.com, Aug. 4, 2014.

*Primary Examiner* — Ricky Pham
(74) *Attorney, Agent, or Firm* — FisherBroyles, LLP; Anthony J. DoVale

(57) **CLAIM**
The ornamental design for the stadium seat, as shown and described.

**DESCRIPTION**

FIG. **1** is a front left perspective view of one aspect of a stadium seat;
FIG. **2** is a front right perspective view of the stadium seat of FIG. **1**;
FIG. **3** is a front elevational view of the stadium seat of FIG. **1**;
FIG. **4** is a left side elevational view of the stadium seat of FIG. **1**;
FIG. **5** is a read elevational view of the stadium seat of FIG. **1**;
FIG. **6** is a top plan view of the stadium seat of FIG. **1**;
FIG. **7** is a right side elevational view of the stadium seat of FIG. **1**; and,
FIG. **8** is bottom elevational view of the stadium seat of FIG. **1**.

**1 Claim, 8 Drawing Sheets**



**US D771,400 S**

Page 2

(56)           **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D421,191 | S | 2/2000 | Rand | |
| D425,716 | S * | 5/2000 | Jensen | D6/368 |
| 6,203,108 | B1 | 3/2001 | Mattison, Jr. | |
| 6,352,306 | B1 * | 3/2002 | Dreiling | A47C 1/16 |
| | | | | 297/252 |
| D459,602 | S | 7/2002 | Kreiss | |
| D468,548 | S * | 1/2003 | Head, Jr. | D6/368 |
| 6,502,902 | B1 | 1/2003 | Romero | |

| | | | | |
|---|---|---|---|---|
| D495,511 | S * | 9/2004 | Dingess | D6/368 |
| 6,789,494 | B2 * | 9/2004 | Neese | B63B 29/04 |
| | | | | 114/343 |
| 7,316,452 | B2 * | 1/2008 | Vestweber | A47C 1/16 |
| | | | | 297/252 |
| D634,951 | S * | 3/2011 | Dreiling | D6/362 |
| 8,322,784 | B2 | 12/2012 | Ayre et al. | |
| D713,192 | S | 9/2014 | Wood | |
| 2008/0093902 | A1 * | 4/2008 | Jones | A47C 1/16 |
| | | | | 297/252 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



**FIG. 4**



FIG. 5

Case 0:19-cv-60270-RKA   Document 1-1   Entered on FLSD Docket 01/30/2019   Page 8 of 10



FIG. 6



**FIG. 7**



FIG. 8