**FISHERBROYLES®**
A LIMITED LIABILITY PARTNERSHIP

**T.J. DoVale**
**Partner**
Northpark Town Center
1200 Abernathy Road
Building 600, Suite 1700
Atlanta, Georgia 30328
Direct: (678)743-1125
tj.dovale@fisherbroyles.com

October 9, 2018

**VIA UPS (1Z5A115A0294834813)**

Mr. Jacob Weiss
OJCommerce.com, Inc.
11651 Interchange Circle South
Miramar, FL 33025

Re: Infringement of Patents Owned by Static Media, LLC

Dear Mr. Weiss:

We represent Static Media, LLC in intellectual property matters. We are writing you to inform you of Static Media's rights and certain activities by your company that impact those rights.

On November 15, 2016 the U.S. Patent and Trademark Office issued U.S. Patent No. D771,400, entitled STADIUM SEAT (the "'400 patent," copy enclosed) to Static Media. We have become aware of your company's sale on Amazon.com and on ojcommerce.com of a stadium seat ("Naomi Home Bench Riders") that falls within the claims of the '400 patent. Manufacture, importation, or sale of any material or products covered by the '400 patent claims constitutes infringement of the patent under 35 U.S.C. §§ 271 et seq.

Please understand that our client takes the protection of its intellectual property rights very seriously. Therefore, we demand that you cease immediately from any further willful and unauthorized manufacture, sale, or distribution of the infringing product in the United States. Static Media considers the infringing activities of your company to be a very serious matter and will undertake whatever action is required to enforce its rights in this matter.

Please respond to this letter within 10 days of its receipt and furnish us with the following information:

1. The total sales of the infringing product in USD to date.
2. Quantity of infringing products sold and in stock.

**T.J. DoVale**
Partner
**FisherBroyles, LLP**
www.fisherbroyles.com

December 30, 2018| Page | 2

This letter is not an exhaustive statement of all the relevant facts and law. Static Media expressly reserves all of its legal and equitable rights and remedies, including the right to seek injunctive relief and recover monetary damages.

Very truly yours,

FISHERBROYLES, LLP

*[signature: TJ DoVale]*

T.J. DoVale, Esq.
Partner

Attachment:   Copy of U.S. Patent No. D771,400
Printout from ojcommerce.com

## Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z5A115A0294834813

**Weight**

0.00 LBS

**Service**

UPS 2nd Day Air®

**Shipped / Billed On**

10/09/2018

**Delivered On**

10/11/2018 11:49 A.M.

**Delivered To**

MIRAMAR, FL, US

**Received By**

GARCIA

**Left At**

Dock

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 12/30/2018 2:55 P.M. EST