UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**STATIC MEDIA LLC,**

    **Plaintiff,**                                  Case No.  0:19-cv-60270

**v.**

**OJCOMMERCE, LLC,**

    **Defendant.**
_____/

## PLAINTIFF STATIC MEDIA LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, Static Media LLC, by and through its undersigned counsel and pursuant to this Court's Order Requiring Scheduling Report and Certificates of Interested Parties [D.E. 5], hereby gives notice of filing and serving its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

Plaintiff Static Media LLC states that it has no parent corporation, and there is not a publicly-held corporation owning 10% or more of its stock.

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have any interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case are as follows:

    1.    Static Media LLC

    2.    OJCommerce, LLC

    3.    FisherBroyles, LLP

4. Susan V. Warner, Esq.

5. Vincent Bushnell, Esq.

6. Anthony Joseph DoVale

7. Jacob Weiss

8. OJCommerce.com, Inc.

Plaintiff hereby certifies that, except as disclosed above, it is unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: February 14, 2019

By:   s/Susan V. Warner

Susan V. Warner
Florida Bar No. 38205
susan.warner@fisherbroyles.com
FISHERBROYLES, LLP
1221 Brickell Avenue
Suite 900
Miami, FL 33131
Tel: (904) 293-0725

*Attorneys for Plaintiff Static Media LLC*