***** INVOICE *****

FROM:
CROSS COUNTY INVESTIGATIONS, INC.
BOX# 245715
Hollywood, Florida 33024
Broward: (954)963-7751 Fax: (954)963-5110

INVOICE#19-CC76032

April 30, 2019

TO:
FISHER BROYLES, P.A.,
221 N. HOGAN STREET  SUITE 531
JACKSONVILLE, FL  32202

ATTN: WARNER, V SUSAN, ESQ.,

| STATIC MEDIA LLC | | CASE NUMBER: 19-CV-60270-BB |
|---|---|---|
| | (Plaintiff) | |
| vs | | COURT: DISTRICT COURT |
| OJCOMMERCE LLC | | CASE ATTORNEY: WARNER, V SUSAN, ESQ., |
| | (Defendant) | |

SERVICE TO:
OJCOMMERCE LLC
11651 INTERCHANGE CIRCLE SOUTH
MIRAMAR, FL  33025

SERVICE RECORD:

| Service Type: | CORPORATE SUMMONS | Delivery Time: | 1125 AM |
|---|---|---|---|
| | | Delivery Date: | 4/23/2019 |
| Pick Up County: | BROWARD | Delivery County: | BROWARD |
| CCIS REF #19-CC76032-185-BBSS | | Delivery Agent: | B |
| Affidavit Type: | SUMMONS/COMPLAINT | Affidavit Sent: | 4/30/2019 |

```
                              STANDARD Charges: $      40
                              Addt'l Charges:   $       6
                              Amount Paid:      $
                              Fuel Surcharge:   $
              TOTAL AMOUNT DUE THIS INVOICE:    $      46
```

IMPORTANT: IN ORDER TO INSURE PROPER CREDIT TO YOUR ACCOUNT,
          PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.

Memorandum:
    PRINTING


ALL UNPAID INVOICES PASTDUE 45 DAYS WILL BE CHARGED 1.5% INTREST PER MONTH

***VERIFIED RETURN OF SERVICE***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STATIC MEDIA LLC
   (Plaintiff)
 vs             CASE: 19-CV-60270-BB

OJCOMMERCE LLC
   (Defendant)      SUMMONS/COMPLAINT

AT THE REQUEST OF:

 FISHER BROYLES,P.A.,
 221 N.HOGAN STREET SUITE 531
 JACKSONVILLE, FL, 32202
 ATTN.WARNER,V SUSAN,ESQ.,


I, JOE MARKER received this process on 4/18/2019 at 8:00 AM
and on this day 4/23/2019 at 1125 AM to:
    OJCOMMERCE LLC
    11651 INTERCHANGE CIRCLE SOUTH
    MIRAMAR, FL 33025

CORPORATE SERVICE was executed by serving a copy of this writ and or a
copy of Plaintiff's initial pleading to the Party named below or any
employee of Defendant's Corporation in the absence of any superior as
defined in the Florida Statute 48.081(3)(a)(b) when Defendant's
Corporation does not keep a registered agent present as required
by Florida Statute Section 48.091.


  JEFFREY ALMONTE, SUPERVISOR
Comments:



I acknowledge that I have no interest in this action.
I acknowledge that I am a Process Server in good
standing in the jurisdiction which the Defendent was served.

Under penalty of perjury, I declare that I have read the forgoing
Verified Return Of Service and that the facts stated are true to the
best of my knowledge.

Process Server Name:  JOE MARKER ID NO.: 613

REFERENCE: CC1976032-185-BBSS AFFIDAVIT DATE: April 30, 2019

Notary not required pursuant  CROSS COUNTY INVESTIGATIVE SERVICES, INC
to F.S. 92.525         P.O. BOX 245715
               PEMBROKE PINES, FL. 33024
               954-963-7751

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

STATIC MEDIA, LLC )
)
)
)
*Plaintiff(s)* )
v. )  19-cv-60270-BB
)
OJCOMMERCE, LLC )   ✳ Must be served by
)      April 30th
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OJCOMMERCE, LLC
c/o Registered Agent, Jacob Weiss
11651 Interchange Circle South
Miramar, FL 33025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susan V. Warner, Esq.
FISHERBROYLES, LLP
1221 Brickell Avenue
Suite 900
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 31, 2019

s/ *Alex Rodriguez*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

CROSS COUNTY  954.963.7751

CCIS@BELLSOUTH.NET