**2019 FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# M10000004283

**Entity Name:** OJCOMMERCE , LLC

**FILED**

**May 01, 2019**
**Secretary of State**
**9145013746CC**

**Current Principal  Place of Business:**

11651 INTERCHANGE CIRCLE SOUTH
MIRAMAR,  FL  33025

**Current Mailing Address:**

11651 INTERCHANGE CIRCLE SOUTH
MIRAMAR,  FL  33025  US

**FEI Number: 27-1920386**

**Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

WEISS, JACOB
11651 INTERCHANGE CIRCLE SOUTH
MIRAMAR, FL  33025  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                                                                Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | WEISS, JACOB |
| Address | 11651 INTERCHANGE CIRCLE SOUTH |
| City-State-Zip: | MIRAMAR  FL  33025 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JACOB WEISS                                        MGR                          05/01/2019

Electronic Signature of Signing Authorized Person(s) Detail                                                   Date