# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

STATIC MEDIA LLC,   Case No.: 0:19-cv-60270-RKA

    Plaintiff

vs.

OJ COMMERCE, LLC,

    Defendant

_____/

## AFFIDAVIT OF AFFIANT JACOB WEISS

STATE OF FLORIDA      )
                                  ) ss:
COUNTY OF BROWARD  )

    Before me, the undersigned authority, personally appeared JACOB WEISS, who being duly sworn states as follows:

1. My name is JACOB WEISS. I make this affidavit in support of DEFENDANT OJ COMMERCE LLC'S MOTION TO QUASH SERVICE OF PROCESS, in the above styled case. The facts in this affidavit are based on my own personal knowledge and if called as a witness I could, and would, testify competently to those facts.

2. I as an individual am the registered agent for OJ COMMERCE LLC, pursuant to § 48.091, Fla. Stat.

3. I as an individual registered agent do not employ any supervisor by the name of Jeffrey Almonte, nor do I personally have any employees.

4. Further affiant sayeth naught.

_____
JACOB WEISS

    Signed and sworn to before me on this __10__ day of __May__ 2019, by JACOB WEISS, who:
        [X] is personally known to me
        [ ] produced the following identification _____

_____    My Commission Expires: __4/30/21__
Notary Public (Seal)

(Notary Seal: SHLOMO Y. HECHT, Commission Number GG099436, EXPIRES April 30, 2021, Bonded thru Aaron Notary, Notary Public, State of Florida)