UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**STATIC MEDIA LLC,**

    **Plaintiff,**                                      Case No.  0:19-cv-60270-WPD

**v.**

**OJCOMMERCE, LLC,**

    **Defendant.**
_____/

## THIRD STATUS REPORT

Plaintiff Static Media LLC ("Static Media"), by and through its undersigned counsel, hereby files this Third Status Report pursuant to the Court's June 16, 2019 Order granting Defendant OJCommerce, LLC's oral motion to stay this action pending the outcome of the defendant's motion for summary judgment in *Static Media, LLC v. Leader Accessories, LLC*, No. 3:18-cv-00330-wmc (W.D. Wis. PACER No. 28) (the "Wisconsin Action"). (D.E. 19.)  On August 30, 2019, summary judgement granted in part and denied in party in the Wisconsin Action.  A true and correct copy of the Opinion and Order is attached hereto as Exhibit A.  The court denied the defendant's motion as to invalidity of the patent based on indefiniteness but granted summary judgment as to non-infringement.  Static Media respectfully requests that the Court lift the stay in this action and direct Defendant to answer the complaint within ten (10) days, particularly as the court in the Wisconsin Action held that Static Media's patent is not indefinite and not invalid.

                          Respectfully submitted,

                          By: _____s/Susan V. Warner_____
                                 Susan V. Warner
                                 Florida Bar No. 38205
                                 susan.warner@fisherbroyles.com

        FISHERBROYLES, LLP
        1221 Brickell Avenue
        Suite 900
        Miami, FL 33131
        Tel: (786) 310-0637

        Vincent Bushnell
        *Admitted Pro Hac Vice*
        vincent.bushnell@fisherbroyles.com
        FISHERBROYLES, LLP
        945 East Paces Ferry Road NE
        Suite 2000
        Atlanta, GA 30326
        Tel.: (678) 902-7190

        *Attorneys for Plaintiff Static Media LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __13th__ day of September, 2019 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                       s/Susan V. Warner
                                                                        Susan V. Warner

**SERVICE LIST**
**STATIC MEDIA LLC  vs. OJCOMMERCE, LLC**
**CASE NO: 0:19-cv-60270-WPD**
**United States District Court, Southern District of Florida**

Shlomo Y. Hecht,
Shlomo Y. Hecht, P.A.
11651 Interchange Cir S
Miramar, FL 33025
Email: sam@hechtlawpa.com
*Attorneys for Defendant OJ COMMERCE, LLC*
Service via CM/ECF