UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

STATIC MEDIA LLC,   Case No.: 0:19-cv-60270-RKA
    Plaintiff
vs.

OJ COMMERCE, LLC,
    Defendant
_____    /

### ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant OJ COMMERCE, LLC, files this answer to Plaintiff Static Media, LLC's first amended complaint, pursuant to Fed. R. Civ. P 12(a)(1)(A), as follows:

**ANSWER**

1. DENIED
2. LACKING KNOWLEDGE OR INFORMATION.
3. DENIED.
4. ADMITTED that Defendant operates and maintains, DENIED that it owns.
5. ADMITTED
6. ADMITTED that personal jurisdiction exists, DENIED committing a tortious act.
7. ADMITTED
8. ADMITTED that said patent was issued, DENIED that it is valid
9. LACKING KNOWLEDGE OR INFORMATION.
10. LACKING KNOWLEDGE OR INFORMATION.
11. DENIED
12. DENIED

13. DENIED

14. ADMITTED

15. DENIED

16. DENIED

17. DENIED

18. No answer required as it is incorporation paragraph

19. DENIED

20. DENIED

21. DENIED

22. DENIED

23. DENIED

## AFFIRMATIVE DEFENSES

1. The complaint fails to identify what aspects of its design are being infringed, and therefore fails to state a claim for relief.

2. The claimed design patent is invalid or unenforceable because it fails to comply with some of the requirements of 35 U.S.C. §§ 101,102, 103 and 112, due to novelty, prior art, obviousness, functionality, and indefiniteness, and other filing requirements.

3. Plaintiff is not entitled to damages, under 35 U.S.C. § 287.

4. Plaintiff is barred from bringing this action by the doctrine of prosecution history estoppel, and the doctrine of unclean hands.

5. Plaintiff is barred from bringing this action by the doctrine of equitable estoppel, waiver, laches, implied license, and acquiescence.

6.  Defendant's product does not infringe on Plaintiff's patent, because Defendant has a license to Patent No.: US D856,694 S and Patent No.: US D856,693 S.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted

Shlomo Y. Hecht, P.A.
3076 N Commerce Parkway
Miramar, FL 33025
Phone: 954-861-0025

By: /s/ <u>Shlomo Y Hecht</u>
Florida State Bar No.: 127144
Email: sam@hechtlawpa.com
Attorney for Defendant OJ COMMERCE, LLC