CLOSED,PROTECTIVE_ORDER,UA

# U.S. District Court
## Western District of Wisconsin (Madison)
## CIVIL DOCKET FOR CASE #: 3:18-cv-00330-wmc

Static Media LLC v. Leader Accessories LLC  
Assigned to: District Judge William M. Conley  
Referred to: Magistrate Judge Stephen L. Crocker  
Cause: 35:271 Patent Infringement

Date Filed: 05/07/2018  
Date Terminated: 08/30/2019  
Jury Demand: Both  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**Static Media LLC**  represented by  **Elijah Byrnes Van Camp**  
DeWitt LLP  
2 E. Mifflin Street, Ste. 600  
Madison, WI 53703  
608-252-9275  
Fax: 608-252-9243  
Email: evc@dewittllp.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Harry E. Van Camp**  
DeWitt LLP  
2 E. Mifflin Street, Ste. 600  
Madison, WI 53703  
608-252-9336  
Fax: 608-252-9243  
Email: hvc@dewittllp.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Vincent Bushnell**  
FisherBroyles, LLP  
P.O. Box 170398  
Atlanta, GA 30317  
678-902-7190

Email: vincent.bushnell@fisherbroyles.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Leader Accessories LLC** | represented by | **Jen-Feng Lee** <br> LT Pacific Law Group LLP <br> 17800 Castleton Street <br> Suite 560 <br> Industry, CA 91748 <br> 626-810-7200 <br> Fax: 626-810-7300 <br> Email: jflee@ltpacificlaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Michael J. Modl** <br> Axley Brynelson, LLP <br> Two East Mifflin Street, Ste. 200 <br> P.O. Box 1767 <br> Madison, WI 53701 <br> 608-257-5661 <br> Fax: 608-257-5444 <br> Email: mmodl@axley.com <br> *ATTORNEY TO BE NOTICED* |
| | | **Rodney W. Kimes** <br> Bolgrien, Koepke & Kimes, S.C. <br> 542 E. Grand Ave. <br> Beloit, WI 53511 <br> 608-365-7702 <br> Fax: 608-365-3263 <br> Email: rkimes@bolgrienlaw.com <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/2018 | 1 | PATENT COMPLAINT against Leader Accessories LLC ( Filing fee $ 400 receipt number 0758-2241698.) PATENTS AT |

| Date | # | Description |
|---|---|---|
| | | ISSUE: Patent # D711,400, issued 11/15/16, held by Static Media LLC, filed by Static Media LLC, (Attachments:<br># 1 Exhibit A - D400 Patent,<br># 2 JS-44 Civil Cover Sheet,<br># 3 Report on Filing Patent/Trademark Action,<br># 4 Summons) (Van Camp, Harry) (Entered: 05/07/2018) |
| 05/07/2018 | 2 | Corporate Disclosure Statement by Plaintiff Static Media LLC. (Van Camp, Harry) (Entered: 05/07/2018) |
| 05/08/2018 | | Case randomly assigned to District Judge William M. Conley and Magistrate Judge Stephen L. Crocker. (kwf) (Entered: 05/08/2018) |
| 05/08/2018 | | Standard attachments for District Judge William M. Conley required to be served on all parties with summons or waiver of service: NORTC, Corporate Disclosure Statement. (kwf) (Entered: 05/08/2018) |
| 05/08/2018 | 3 | Summons Issued as to Leader Accessories LLC. (kwf) (Entered: 05/08/2018) |
| 05/08/2018 | 4 | Report on Filing of Patent or Trademark Action. Copy provided to the US Patent and Trademark Office electronically. (kwf) (Entered: 05/08/2018) |
| 06/20/2018 | 5 | Motion to Admit Jen-Feng Lee Pro Hac Vice. ( Pro Hac Vice fee $ 100 receipt number 0758-2266377.) by Defendant Leader Accessories LLC. Motions referred to Magistrate Judge Stephen L. Crocker. (Lee, Jen-Feng) (Entered: 06/20/2018) |
| 06/20/2018 | 6 | ** TEXT ONLY ORDER **<br>ORDER granting 5 Motion to Admit Jen-Feng Lee Pro Hac Vice. Signed by Magistrate Judge Peter A. Oppeneer on 6/20/2018. (lak) (Entered: 06/20/2018) |
| 06/20/2018 | 7 | ANSWER with Jury Demand by Defendant Leader Accessories LLC, (Attachments:<br># 1 Certificate of Service) (Kimes, Rodney) Modified on 6/21/2018. (lak) (Entered: 06/20/2018) |
| 06/20/2018 | 8 | Corporate Disclosure Statement by Defendant Leader Accessories LLC. (Kimes, Rodney) (Entered: 06/20/2018) |
| 06/21/2018 | | Set Telephone Pretrial Conference: Telephone Pretrial Conference set for 7/24/2018 at 02:30 PM before Magistrate Judge Stephen L. Crocker. Counsel for Plaintiff responsible for setting up the call to chambers at (608) 264-5153. [Standing Order Governing Preliminary Pretrial Conference attached] (voc) (Entered: 06/21/2018) |
| 06/21/2018 | 9 | Notice of Appearance filed by Vincent Bushnell for Plaintiff Static Media LLC. (Bushnell, Vincent) (Entered: 06/21/2018) |
| 07/13/2018 | | Set Telephone Pretrial or Status Conference: Telephone Pretrial Conference set for 7/24/2018 at 02:30 PM rescheduled to 7/26/2018 at 01:30 PM to accommodate the court's calendar. Counsel for Plaintiff remains responsible for setting up the call to chambers at (608) 264-5153. (cak) (Entered: 07/13/2018) |
| 07/23/2018 | 10 | Joint Report of Rule 26(f) Planning Meeting. (Van Camp, Harry) (Entered: 07/23/2018) |
| 07/26/2018 | | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker: Telephone Preliminary Pretrial Conference held on 7/26/2018 [:10] (cak) (Entered: 07/26/2018) |

| Date | # | Description |
|---|---|---|
| 07/27/2018 | 11 | Standing Order Relating to the Discovery of Electronically Stored Information in a Complex Civil Lawsuit. Signed by Magistrate Judge Stephen L. Crocker on 7/27/2018. (kwf) (Entered: 07/27/2018) |
| 07/27/2018 | 12 | Pretrial Conference Order - Preliminary Pretrial Packet in cases assigned to District Judge William M. Conley attached. Amendments to Pleadings due 9/7/2018. Motions Requesting Claims Construction due 3/15/2019. Dispositive Motions due 3/15/2019. Settlement Letters due 6/28/2019. Motions in Limine due 7/12/2019, Responses 7/26/2019. Final Pretrial Conference set for 8/6/2019 at 4:00 PM. Jury Selection and Trial set for 8/19/2019 at 9:00 AM. Signed by Magistrate Judge Stephen L. Crocker on 7/27/2018. (kwf) (Entered: 07/27/2018) |
| 09/14/2018 | 13 | Joint Motion for Protective Order by Plaintiff Static Media LLC, (Attachments: # 1 Text of Proposed Order) (Van Camp, Harry) Modified on 9/19/2018. (lak) (Entered: 09/14/2018) |
| 09/14/2018 | 14 | ** TEXT ONLY ORDER **<br>The parties' stipulated protective order 13 is accepted and entered as the court's order. Signed by Magistrate Judge Stephen L. Crocker on 9/14/2018. (kwf) Modified on 9/14/2018. (arw) (Entered: 09/14/2018) |
| 01/02/2019 | 15 | Stipulation to Extend Case Management Dates by Defendant Leader Accessories LLC. (Kimes, Rodney) (Entered: 01/02/2019) |
| 01/02/2019 | 16 | Exhibit to 15 Stipulation filed by Leader Accessories LLC. Proposed Order. (Kimes, Rodney) Modified on 1/3/2019. (lak) (Entered: 01/02/2019) |
| 01/03/2019 | 17 | ** TEXT ONLY ORDER **<br>The parties report that they are behind with their discovery and would like the March 15, 2019 dispositive motion deadline extended five weeks. The court cannot grant this request and keep the August 19, 2019 trial date. That said, the court has a jury trial slot open on October 21, 2019. If the parties can try this case on that date, then they may have their requested extension. If not, then the court can only extend the summary judgment motion deadline two weeks, to March 29, 2019. Not later than January 10, 2019, the parties are to report jointly which path they wish to take. Signed by Magistrate Judge Stephen L. Crocker on 1/3/2019. (kwf) (Entered: 01/03/2019) |
| 01/07/2019 | 18 | Stipulation Regarding Case Deadlines and Jury Trial by Plaintiff Static Media LLC. (Van Camp, Harry) Modified on 1/8/2019. (lak) (Entered: 01/07/2019) |
| 01/08/2019 | 19 | ** TEXT ONLY ORDER**<br>The parties have accepted the court's offer of an October 21, 2019 trial date, *see* Stipulation, dkt. 18 , so that is the new trial date. The remainder of the existing schedule is changed to the dates suggested by the parties in their stipulation with these exceptions: settlement letters are due by August 16, 2019; disclosures for the final pretrial conference are due by August 30, 2019, with responses due by September 20, 2019. The final pretrial conference is moved to Wednesday, October 2, 2019 at 3:00 p.m. Signed by Magistrate Judge Stephen L. Crocker on 1/8/2018. (kwf) (Entered: 01/08/2019) |
| 02/27/2019 | 20 | Notice of Appearance filed by Michael J. Modl for Defendant Leader Accessories LLC. (Modl, Michael) (Entered: 02/27/2019) |
| 04/17/2019 | 21 | Deposition of Gary M. Glazer taken on January 24, 2019. (Sealed Document) (Modl, Michael) (Entered: 04/17/2019) |
| 04/17/2019 | 22 | Deposition of Anthony J. DoVale, Jr. taken on January 24, 2019. (Sealed Document) (Modl, Michael) (Entered: 04/17/2019) |

| | | |
|---|---|---|
| 04/18/2019 | 23 | Motion to Seal Document by Plaintiff Static Media LLC. Motions referred to Magistrate Judge Stephen L. Crocker. (Van Camp, Harry) (Entered: 04/18/2019) |
| 04/18/2019 | 24 | Motion to Compel by Plaintiff Static Media LLC. Motions referred to Magistrate Judge Stephen L. Crocker. Response due 4/25/2019. (Attachments:<br># 1 Exhibit A - Placeholder for Deposition of Chin) (Van Camp, Harry) Modified on 4/19/2019. (lak) (Entered: 04/18/2019) |
| 04/18/2019 | 25 | Disregard. See 35 . (Sealed Document) Modified on 4/18/2019. (lak) (Entered: 04/18/2019) |
| 04/18/2019 | 26 | Declaration of Vincent Bushnell filed by Plaintiff Static Media LLC re: 24 Motion to Compel, (Attachments:<br># 1 Exhibit 1 - First Interrogatories,<br># 2 Exhibit 2 - Response to First Interrogatories,<br># 3 Exhibit 3 - 3.29.19 Email,<br># 4 Exhibit 4 - Redacted Spreadsheet (See 27 for Spreadsheet.) ,<br># 5 Exhibit 5 - 4.3.19 Email) (Van Camp, Harry) Modified on 4/18/2019. (lak) (Entered: 04/18/2019) |
| 04/18/2019 | 27 | Exhibit to 26 Declaration re: 24 Motion to Compel, filed by Static Media LLC, (Sealed Document) (Van Camp, Harry) Modified on 4/18/2019: Linked to the pending motion. Redacted version attached to 26 . (lak) (Entered: 04/18/2019) |
| 04/18/2019 | 28 | **MOTION FOR SUMMARY JUDGMENT** *of Invalidity, or in the Alternative, Non-Infringement* by Defendant Leader Accessories LLC. Brief in Opposition due 5/9/2019. Brief in Reply due 5/20/2019. (Modl, Michael) (Entered: 04/18/2019) |
| 04/18/2019 | 29 | Brief in Support of 28 Motion for Summary Judgment by Defendant Leader Accessories LLC. (Modl, Michael) (Entered: 04/18/2019) |
| 04/18/2019 | 30 | Proposed Findings of Fact filed by Defendant Leader Accessories LLC re: 28 Motion for Summary Judgment. (Modl, Michael) (Entered: 04/18/2019) |
| 04/18/2019 | 31 | Declaration of Wayne Chin filed by Defendant Leader Accessories LLC re: 28 Motion for Summary Judgment. (Modl, Michael) (Entered: 04/18/2019) |
| 04/18/2019 | 32 | Declaration of Jen-Feng Lee filed by Defendant Leader Accessories LLC re: 28 Motion for Summary Judgment, (Attachments:<br># 1 Exhibit AA - Copy of Design Patent '400,<br># 2 Exhibit BB - 1/8 Letter from Jeff Lee,<br># 3 Exhibit CC - Independent Patent Counsel Opinion,<br># 4 Exhibit DD - Invalidity Report of Expert Ronald Kemnitzer (Also see 33 .),<br># 5 Exhibit EE - Non-Infringement Report by Expert Ronald Kemnitzer (Also see 34 .),<br># 6 Exhibit FF - Prosecution File of the '400 Patent,<br># 7 Exhibit GG-1 - Excerpts of Gary Glazer Deposition (See 21 for Complete Deposition in Condensed Format.),<br># 8 Exhibit GG-2 - Excerpts of Anthony J. DoVale Deposition (See 22 for Complete Deposition filed in Condensed Format.) (Modl, Michael) Modified on 4/19/2019. (lak) (Entered: 04/18/2019) |
| 04/18/2019 | 33 | Expert Report of Ronald B. Kemnitzer Regarding Invalidity by Defendant Leader Accessories LLC. (Modl, Michael) (Entered: 04/18/2019) |

| Date | # | Description |
|---|---|---|
| 04/18/2019 | 34 | Expert Report of Ronald B. Kemnitzer Regarding Non-Infringement by Defendant Leader Accessories LLC. (Modl, Michael) (Entered: 04/18/2019) |
| 04/19/2019 | 35 | Deposition of Wayne Allan Chin taken on 02/13/2019, (Sealed Document) (Attachments:<br># 1 Exhibit 1 - Notice of Deposition,<br># 2 Exhibit 4 - All Sales Spreadsheet,<br># 3 Exhibit 5 - Amazon Sales Spreadsheet,<br># 4 Exhibit 6 - eBay Sales Spreadsheet,<br># 5 Exhibit 7 - Walmart Sales Spreadsheet) (Van Camp, Harry) Modified on 4/19/2019. (lak) (Entered: 04/19/2019) |
| 04/19/2019 | | Set Deadlines and Hearings re: 24 Motion to Compel. Telephone Motion Hearing set for 4/30/2019 at 3:00 PM before Magistrate Judge Stephen L. Crocker. Counsel for Plaintiff responsible for setting up the call to chambers at (608) 264-5153. (kwf) (Entered: 04/19/2019) |
| 04/19/2019 | 36 | ** TEXT ONLY ORDER **<br>ORDER granting 23 Motion to Seal Document. Signed by Magistrate Judge Stephen L. Crocker on 4/19/2019. (kwf) (Entered: 04/19/2019) |
| 04/25/2019 | 37 | Brief in Opposition by Defendant Leader Accessories LLC re: 24 Motion to Compel, filed by Static Media LLC. (Modl, Michael) (Entered: 04/25/2019) |
| 04/25/2019 | 38 | Declaration of Jen-Feng Lee filed by Defendant Leader Accessories LLC *in Opposition* re: 24 Motion to Compel, (Sealed Document) (Attachments:<br># 1 Exhibit 1 - License and Royalty Agreement,<br># 2 Exhibit 2 - First Amendment) (Modl, Michael) Modified on 4/25/2019. (lak) (Entered: 04/25/2019) |
| 04/25/2019 | 39 | Redaction to 39 Declaration filed by Defendant Leader Accessories LLC, (Attachments:<br># 1 Exhibit 1 - Filed Under Seal,<br># 2 Exhibit 2 - Filed Under Seal) (Modl, Michael) Modified on 4/25/2019. (lak) (Entered: 04/25/2019) |
| 04/26/2019 | 40 | ** TEXT ONLY ORDER **<br>In the July 27, 2018 Preliminary Pretrial Conference Order, the court set the discovery cutoff for January 16, 2019 -- a date proposed jointly by the parties -- and told the parties that all discovery must be completed no later than this date. Dkt. 12 at 2. The court further warned the parties that they must file discovery motions promptly if self-help failed or the court would not consider requests to change the schedule based on the fact that discovery proceeded too slowly. *Id*. at 3. On January 2, 2019, the parties stipulated to extend the discovery cutoff to February 15, 2019 and the court accepted this portion of the parties' stipulation. Dkts. 15 and 19. Two months after discovery ended, on April 18, 2019, plaintiff filed a motion to compel discovery that it initially requested in August 2018. Dkt. 24 . Apparently, the parties continued discovery after the cutoff, but now they dispute whether defendant has met its obligations to plaintiff during this phase. Compare plaintiff's motion, dkt. 24 , to defendant's response, dkt. 37 . From the court's perspective, discovery is over. Any discovery that takes place after February 15, 2019 is by agreement of the parties and is not going to be compelled by the court (although the court expects the parties actually to honor their agreements, which is a slightly different matter). The motion to compel is denied as a nullity. The April 30 |

| | | |
|---|---|---|
| | | telephonic hearing is canceled as unnecessary. Signed by Magistrate Judge Stephen L. Crocker on 4/26/2019. (arw) (Entered: 04/26/2019) |
| 05/09/2019 | 41 | Motion to Exclude Reliance on Advice of Counsel Opinion by Plaintiff Static Media LLC. Response due 5/16/2019. (Van Camp, Harry) (Entered: 05/09/2019) |
| 05/09/2019 | 42 | Declaration of Vincent Bushnell filed by Plaintiff Static Media LLC re: 41 Motion to Exclude Reliance on Advice of Counsel Opinion, (Attachments:<br># 1 Exhibit 1 - Plaintiff's First Requests for Production,<br># 2 Exhibit 2 - Defendant's Responses to Plaintiff's First Requests for Production) (Van Camp, Harry) Modified on 5/10/2019. (lak) (Entered: 05/09/2019) |
| 05/09/2019 | 43 | Brief in Opposition by Plaintiff Static Media LLC re: 28 Motion for Summary Judgment filed by Leader Accessories LLC. (Van Camp, Harry) (Entered: 05/09/2019) |
| 05/09/2019 | 44 | Response to Proposed Findings of Fact filed by Plaintiff Static Media LLC re: 28 Motion for Summary Judgment. (Van Camp, Harry) Modified on 5/10/2019: Last page is blank. (lak) (Entered: 05/09/2019) |
| 05/09/2019 | 45 | Proposed Findings of Fact filed by Plaintiff Static Media LLC re: 28 Motion for Summary Judgment. (Van Camp, Harry) (Entered: 05/09/2019) |
| 05/09/2019 | 46 | Declaration of Anthony DoVale filed by Plaintiff Static Media LLC re: 28 Motion for Summary Judgment, (Attachments:<br># 1 Exhibit 1 - D400 Patent,<br># 2 Exhibit 2 - Patent Drawings,<br># 3 Exhibit 3 - Notice of Allowability,<br># 4 Exhibit 4 - Response to Allowability,<br># 5 Exhibit 5 - Assignment) (Van Camp, Harry) (Entered: 05/09/2019) |
| 05/16/2019 | 47 | Brief in Opposition by Defendant Leader Accessories LLC re: 41 Motion to Exclude Reliance on Advice of Counsel Opinion filed by Static Media LLC. (Modl, Michael) Modified on 5/20/2019. (lak) (Entered: 05/16/2019) |
| 05/20/2019 | 48 | Brief in Reply by Defendant Leader Accessories LLC in Support of 28 Motion for Summary Judgment. (Modl, Michael) (Entered: 05/20/2019) |
| 05/20/2019 | 49 | Reply in Support of Proposed Findings of Fact filed by Defendant Leader Accessories LLC re: 28 Motion for Summary Judgment. (Modl, Michael) (Entered: 05/20/2019) |
| 05/20/2019 | 50 | Response to Proposed Findings of Fact filed by Defendant Leader Accessories LLC re: 28 Motion for Summary Judgment. (Modl, Michael) Modified on 5/21/2019. (lak) (Entered: 05/20/2019) |
| 08/28/2019 | 51 | ** TEXT ONLY ORDER **The court anticipates issuing its opinion and order on defendant's motion for summary judgment by the end of this week. In the meantime, the court informs the parties that the outcome will be dispositive. As such, the parties need not file their pretrial submissions and motions in limine, which are due on Friday. Signed by District Judge William M. Conley on 08/28/2019. (bgw) (Entered: 08/28/2019) |

| Date | # | Description |
|---|---|---|
| 08/30/2019 | 52 | OPINION AND ORDER denying as moot 41 Motion to Exclude Reliance on Advice of Counsel Opinion; granting in part and denying in part 28 Motion for Summary Judgment. Summary judgment of non-infringement is granted to defendant. Signed by District Judge William M. Conley on 8/30/2019. (kwf) (Entered: 08/30/2019) |
| 08/30/2019 | 53 | JUDGMENT entered in favor of Defendant Leader Accessories LLC dismissing the case. (kwf) (Entered: 08/30/2019) |
| 08/30/2019 | 54 | Report on Filing of Patent or Trademark Action. Copy provided to the US Patent and Trademark Office electronically. (Attachments:<br># 1 Opinion and Order,<br># 2 Judgment) (kwf) (Entered: 08/30/2019) |
| 09/13/2019 | 55 | Bill of Costs by Defendant Leader Accessories LLC. Motions referred to Peter A. Oppeneer, Clerk of Court. Objection to Bill of Costs due 9/23/2019. Brief in Support to Bill of Costs due 10/3/2019. Brief in Reply in Opposition to Bill of Costs due 10/8/2019. (Modl, Michael) (Entered: 09/13/2019) |
| 09/13/2019 | 56 | Declaration of Jen-Feng Lee filed by Defendant Leader Accessories LLC re: 55 Bill of Costs, (Attachments:<br># 1 Exhibit 1 - Service Fee Invoice,<br># 2 Exhibit 2 - Deposition Transcript Invoices) (Modl, Michael) (Entered: 09/13/2019) |
| 09/25/2019 | 57 | ORDER on Bill of Costs: Costs Taxed in favor of Defendant in the amount of $ 1,759.00. Signed by Peter A. Oppeneer, Clerk of Court by J. Titak, Deputy Clerk on 9/25/19. (jat) (Entered: 09/25/2019) |
| 10/18/2019 | 58 | Motion for Sanctions by Plaintiff Static Media LLC. (Van Camp, Harry) (Entered: 10/18/2019) |
| 10/18/2019 | 59 | Declaration of Vincent Bushnell filed by Plaintiff Static Media LLC re: 58 Motion for Sanctions, (Attachments:<br># 1 Exhibit A - Stipulated Protective Order,<br># 2 Exhibit B - Order) (Van Camp, Harry) (Entered: 10/18/2019) |
| 10/18/2019 | 60 | Declaration of Susan V. Warner filed by Plaintiff Static Media LLC re: 58 Motion for Sanctions. (Van Camp, Harry) (Entered: 10/18/2019) |
| 10/18/2019 | | Set Briefing Deadlines as to 58 Motion for Sanctions. Brief in Opposition due 11/1/2019. Brief in Reply due 11/8/2019. (kwf) (Entered: 10/18/2019) |
| 11/01/2019 | 61 | Brief in Opposition by Defendant Leader Accessories LLC re: 58 Motion for Sanctions filed by Static Media LLC. (Modl, Michael) (Entered: 11/01/2019) |
| 11/01/2019 | 62 | Declaration of Jen-Feng (Jeff) Lee filed by Defendant Leader Accessories LLC *in Opposition* re: 58 Motion for Sanctions, (Attachments:<br># 1 Exhibit A - List of Patent Cases) (Modl, Michael) Modified on 11/1/2019. (lak) (Entered: 11/01/2019) |
| 11/01/2019 | 63 | Declaration of Shlomo Y. Hecht filed by Defendant Leader Accessories LLC *in Opposition* re: 58 Motion for Sanctions, (Attachments:<br># 1 Exhibit B - Copy of Notice of Adherence to the Protective Order) (Modl, Michael) Modified on 11/1/2019. (lak) (Entered: 11/01/2019) |

| 11/08/2019 | 64 | Brief in Reply by Plaintiff Static Media LLC in Support of 58 Motion for Sanctions (Van Camp, Harry) (Entered: 11/08/2019) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/11/2019 13:52:33 | | | |
| **PACER Login:** | svwarner1900:4936075:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:18-cv-00330-wmc |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |