UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**STATIC MEDIA LLC,**

      **Plaintiff,**                                Case No.  0:19-cv-60270-RKA

v.

**OJCOMMERCE, LLC,**

      **Defendant.**

_____/

### PLAINTIFF STATIC MEDIA LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISQUALIFY ATTORNEY SHLOMO Y. HECHT AS COUNSEL FOR DEFENDANT OJCOMMERCE, LLC AND FOR ATTORNEYS' FEES

Plaintiff Static Media LLC ("Static Media"), by and through its undersigned counsel, hereby respectfully submits as supplemental authority in support of its Motion to Disqualify Attorney Shlomo Y. Hecht as Counsel for Defendant OJCommerce, LLC and for Attorneys' Fees [D.E. 30] an Order issued on December 27, 2019 in *Static Media, LLC v. Leader Accessories, LLC*, No. 3:18-cv-00330-wmc (W.D. Wis. PACER No. 65), granting Static Media's Motion for Sanctions Against Defendant Leader Accessories, LLC (D.E. 29-1) in that action, attached hereto as Exhibit A.  The Wisconsin trial court held that "defendant Leader Accessories LLC and its counsel are found to be in contempt of court for violation of the protective order" in the Wisconsin Action.  (Ex. A at 8.)  Moreover, the Wisconsin trial court further found that "OJ Commerce received Static Media's confidential information during settlement negotiations while the stay was ongoing and it used this information against Static Media to gain a tactical advantage during the negotiations," specifically rejecting Leader's argument that "no harm befell Static Media because

1

OJ Commerce would have asked for and received the 2015 licensing agreement during discovery in the Florida case if the stay had been lifted." (Ex. A at 7.)

Respectfully submitted,

By:     s/Susan V. Warner
Susan V. Warner
Florida Bar No. 38205
susan.warner@fisherbroyles.com
FISHERBROYLES, LLP
1221 Brickell Avenue
Suite 900
Miami, FL 33131
Tel: (786) 310-0637

Vincent Bushnell
*Admitted Pro Hac Vice*
vincent.bushnell@fisherbroyles.com
FISHERBROYLES, LLP
945 East Paces Ferry Road NE
Suite 2000
Atlanta, GA 30326
Tel.: (678) 902-7190

*Attorneys for Plaintiff Static Media LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this  30th  day of December, 2019 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Susan V. Warner
Susan V. Warner

## SERVICE LIST
### STATIC MEDIA LLC  vs. OJCOMMERCE, LLC
### CASE NO: 0:19-cv-60270-RKA
### United States District Court, Southern District of Florida

Shlomo Y. Hecht,
Shlomo Y. Hecht, P.A.
11651 Interchange Cir S
Miramar, FL 33025
Email: sam@hechtlawpa.com
*Attorneys for Defendant OJ COMMERCE, LLC*
Service via CM/ECF