**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**STATIC MEDIA LLC,**

    **Plaintiff,**                          Case No.  0:19-cv-60270-RKA

v.

**OJCOMMERCE, LLC,**

    **Defendant.**
_____/

**PLAINTIFF STATIC MEDIA LLC'S NOTICE OF SERVICE OF INITIAL DISCLOSURES ON DEFENDANT OJCOMMERCE, LLC**

Plaintiff Static Media LLC ("Static Media"), by and through its undersigned counsel, hereby gives notice that it served Defendant OJCommerce, LLC with Static Media's Initial Disclosures on January 9, 2020.

Respectfully submitted,

By:      s/Susan V. Warner
Susan V. Warner
Florida Bar No. 38205
susan.warner@fisherbroyles.com
FISHERBROYLES, LLP
1221 Brickell Avenue
Suite 900
Miami, FL 33131
Tel: (786) 310-0637

Vincent Bushnell
*Admitted Pro Hac Vice*
vincent.bushnell@fisherbroyles.com
FISHERBROYLES, LLP
945 East Paces Ferry Road NE
Suite 2000
Atlanta, GA 30326
Tel.: (678) 902-7190

1

*Attorneys for Plaintiff Static Media LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this  9th  day of January, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                               s/Susan V. Warner
                                               Susan V. Warner

## SERVICE LIST
### STATIC MEDIA LLC  vs. OJCOMMERCE, LLC
### CASE NO: 0:19-cv-60270-RKA
**United States District Court, Southern District of Florida**

Shlomo Y. Hecht
Shlomo Y. Hecht, P.A.
11651 Interchange Cir S
Miramar, FL 33025
Email: sam@hechtlawpa.com
*Attorneys for Defendant OJ COMMERCE, LLC*
Service via CM/ECF