## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

STATIC MEDIA LLC,                Case No.: 0:19-cv-60270-RKA
    Plaintiff
vs.
OJ COMMERCE, LLC,
    Defendant
_____  /

### DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF SERVING INITIAL DISCLOSURES

Defendant OJ Commerce, LLC responds to Plaintiff Static Media LLC's notice of service of initial disclosures [D.E. 44], as follows.

On January 9, 2020, Plaintiff served Defendant with a document titled PLAINTIFF STATIC MEDIA LLC'S INITIAL DISCLOSURES. The document is attached as Exhibit A. On January 13, 2020, Defendant advised Plaintiff that its initial disclosures are deficient, in particular ATTACHMENT C of Plaintiff's disclosures fails to provide any damage computation or any documents on which any of its damages are based on. A copy of Defendant's request is attached as Exhibit B. On January 16, 2020, Plaintiff responded by reiterated its position that it does not have to provide any additional information for its initial disclosures. A copy of Plaintiff's response is attached as Exhibit C.

WHEREFORE, Defendant asks this Honorable Court to compel Plaintiff to comply with their initial disclosure obligation, including the computation for each category of damages, along with documents or other evidentiary material supporting each category of damages in their initial disclosure damages calculation, including but not limited to its royalties agreements, lost profit, pricing data, expense data, market share data, its marketing and advertising costs, and its attorney's fees to date.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Shlomo Y. Hecht, P.A.
3076 N Commerce Parkway
Miramar, FL 33025
Phone: 954-861-0025

By: /s/ <u>Shlomo Y Hecht</u>
Florida State Bar No.: 127144
Email: sam@hechtlawpa.com
Attorney for Defendant OJ COMMERCE, LLC