UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60270-CIV-ALTMAN/Hunt

**STATIC MEDIA, LLC**,

    *Plaintiff*,

v.

**OJCOMMERCE, LLC**,

    *Defendant*.

_____/

### ORDER

On June 11, 2020, the Court held a Motion Hearing [ECF No. 87], at which the parties expressed interest in resuming settlement discussions. Accordingly, the Court hereby **ORDERS** as follows:

1. By **June 12, 2020**, the parties shall exchange the following Information: (a) the number of times the product has been sold and the total gross sales for the product; and (b) a copy of the royalty agreement. This Information is *strictly privileged*. It may not be disclosed to any person or used in any way outside of the settlement discussions contemplated by this Order. The Information shall be attorneys' eyes only. In the event the parties fail to reach a settlement, the Information shall be promptly destroyed or returned to the disclosing party.

2. By **June 15, 2020**, the Plaintiff shall send to the Defendant a settlement offer.

3. By **June 17, 2020**, the Defendant shall respond to the Plaintiff with a counteroffer.

4. By **June 18, 2020**, the parties shall conduct an *informal settlement conference*. The parties are not required to attend personally, so long as the parties are available by phone to give final authorization should counsel near a settlement. By the same date, the parties

shall file a Notice of Settlement (or Non-Settlement) on the docket, which shall indicate the following: (a) that the parties have complied with this Order; (b) whether the parties have settled this case on the merits; (c) whether the parties have settled as to the issue of fines for any violation of the Wisconsin protective order; and (d) how much time the parties need to separately negotiate attorneys' fees and costs.

5. Failure to comply with this Order may result in sanctions.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 12th day of June 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record