UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STATIC MEDIA LLC,

        **Plaintiff,**                                    **Case No.  0:19-cv-60270-RKA**

v.

OJCOMMERCE, LLC,

        **Defendant.**

_____/

### PLAINTIFF'S NOTICE OF FILING BILLING RECORDS

Plaintiff Static Media LLC, pursuant to the Court's directive at the June 11, 2020 hearing and Order [D.E. 96], files its billing records, attached hereto as Composite Exhibit A, for the attorneys' fees it incurred in connection with its Motion to Disqualify Attorney Shlomo Y. Hecht [D.E. 30].  The docket entries associated with the Motion are as follows: D.E. 30, D.E. 33, D.E. 34, D.E. 35, D.E. 37, D.E. 38, D.E. 41, D.E.45, D.E. 50, D.E. 55, D.E. 56, D.E. 57.  The fees incurred by Static Media based on the hours spent at the prevailing hourly rates total $27,731.49, and are broken down as follows:

a)  17.4 hours reasonably expended at rate of $365.00 reasonably charged for the time of Susan V. Warner, a partner with fourteen years' experience, equaling $6,351.00;

b)  34.6 hours reasonably expended at a rate of $350.00 reasonably charged for the time of Susan V. Warner, equaling $12,110.00; and

c)   25.4 hours reasonably expended at rate of $365 reasonably charged for the time of Vincent Bushnell, a partner with eighteen years' experience, equaling $9,270.49.

Additionally, as the matter has been raised by OJCommerce, the email conferral prior to filing the Motion to Disqualify is located in the record at D.E. 34-1 at 8, 10.

Respectfully submitted,

By: _____ s/Susan V. Warner
Susan V. Warner
Florida Bar No. 38205
susan.warner@fisherbroyles.com
FISHERBROYLES, LLP
1221 Brickell Avenue, Suite 900
Miami, FL 33131
Tel: (786) 310-0637

Vincent Bushnell
*Admitted Pro Hac*
vincent.bushnell@fisherbroyles.com
FISHERBROYLES, LLP
945 East Paces Ferry Road NE
Suite 2000
Atlanta, GA 30326
Tel.: (678) 902-7190
*Attorneys for Plaintiff Static Media LLC*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this   22nd   day of June, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____ s/Susan V. Warner _____
Susan V. Warner

- 2 -

- 3 -

**SERVICE LIST**
**STATIC MEDIA LLC  vs. OJCOMMERCE, LLC**
**CASE NO: 0:19-cv-60270-RKA**
**United States District Court, Southern District of Florida**

Bridgette N. Thornton, Esq.
Bridgette N. Thornton, P.A.
125 NE 32nd Street, #1118
Miami, Florida 33137
Email: Bridgette.thornton@gmail.com
*Counsel for Defendant OJCommerce, LLC*

Aaron W. Davis
VALHALLA LEGAL, PLLC
204 W. 7th St., PMB 222
Northfield, MN 55057
Phone: (763) 957-2397
davis@valhallalegal.com
*Counsel for Defendant OJ Commerce, LLC*