UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**STATIC MEDIA LLC,**

      **Plaintiff,**                                  Case No.  0:19-cv-60270-RKA

v.

**OJCOMMERCE, LLC,**

      **Defendant.**

_____/

### JOINT NOTICE OF PARTIAL SETTLEMENT

Plaintiff Static Media LLC ("Plaintiff") and Defendant, OJCommerce, LLC ("Defendant"), by and through their undersigned counsel, hereby file this Notice of Partial Settlement as to the claim of infringement asserted in Count I of the Amended Complaint.  The parties have agreed to terms in principal on the issues of the cessation of sales of the Accused Product and to the entry of a consent judgement as to liability on the claim of infringement of the 'D400 Patent and damages, and will endeavor to enter into a settlement agreement and consent judgment within the next fourteen (14) days.  After execution of the settlement agreement and entry of the consent judgment on liability, the remaining issues for the Court's determination will be all issues required under 35 U.S.C. § 285.  The parties will submit a proposed amended case schedule by June 26, 2020.

      Respectfully submitted,

| | |
|---|---|
| By:      s/Susan V. Warner | By:      s/Aaron W. Davis |
| Susan V. Warner | Bridgette N. Thornton, Esq. |
| Florida Bar No. 38205 | Florida Bar No. 0048222 |
| susan.warner@fisherbroyles.com | Bridgette N. Thornton, P.A. |
| FISHERBROYLES, LLP | 125 NE 32nd Street, #1118 |
| 1221 Brickell Avenue, Suite 900 | Miami, Florida 33137 |
| Miami, FL 33131 | Email: Bridgette.thornton@gmail.com |
| Tel: (786) 310-0637 | |

| | |
|---|---|
| Vincent Bushnell<br>*Admitted Pro Hac*<br>vincent.bushnell@fisherbroyles.com<br>FISHERBROYLES, LLP<br>945 East Paces Ferry Road NE<br>Suite 2000<br>Atlanta, GA 30326<br>Tel.: (678) 902-7190<br><br>*Attorneys for Plaintiff Static Media LLC* | Aaron W. Davis<br>*Admitted Pro Hac*<br>VALHALLA LEGAL, PLLC<br>204 W. 7th St., PMB 222<br>Northfield, MN 55057<br>Phone: (763) 957-2397<br>davis@valhallalegal.com<br><br>*Attorneys for Defendant OJ Commerce, LLC* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __23rd__ day of June, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                                 _____s/Susan V. Warner_____
                                                                                     Susan V. Warner

## SERVICE LIST
### STATIC MEDIA LLC vs. OJCOMMERCE, LLC
### CASE NO: 0:19-cv-60270-RKA
### United States District Court, Southern District of Florida

| | |
|---|---|
| Bridgette N. Thornton, Esq.<br>Bridgette N. Thornton, P.A.<br>125 NE 32nd Street, #1118<br>Miami, Florida 33137<br>Email: Bridgette.thornton@gmail.com<br>*Counsel for Defendant OJCommerce, LLC* | Aaron W. Davis<br>VALHALLA LEGAL, PLLC<br>204 W. 7th St., PMB 222<br>Northfield, MN 55057<br>Phone: (763) 957-2397<br>davis@valhallalegal.com<br>*Counsel for Defendant OJ Commerce, LLC* |