**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-60270-CIV-ALTMAN/Hunt**

**STATIC MEDIA, LLC**,

 *Plaintiff*,

v.

**OJCOMMERCE, LLC**,

 *Defendant*.

_____/

**ORDER**

 **THIS MATTER** comes before the Court on the parties' Joint Notice of Partial Settlement [ECF No. 103] (the "Notice"). In their Notice, the parties inform the Court that they have reached a settlement with respect to the merits of this case. Accordingly, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED**.

2. By **July 10, 2020**, the parties shall file a proposed consent judgment. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. The Defendant's Objection [ECF No. 58] is **GRANTED in part and DENIED in part**. For the reasons stated on the record, the Court finds that a monetary sanction, not disqualification, is warranted. The amount of the sanction will be decided along with the issue of attorneys' fees under 35 U.S.C. § 285. As a result, the briefing schedule that the Court announced at the hearing is **TERMINATED**.

4. The Court sets the following schedule for litigating (1) the amount of the sanction and (2) attorneys' fees under 35 U.S.C. § 285:

    a. By **August 24, 2020**, the parties shall complete discovery.

2

    b. By **August 31, 2020**, the Plaintiff shall file a motion on (1) the amount of the sanction and (2) attorneys' fees under 35 U.S.C. § 285. The motion shall not exceed 20 pages.

    c. By **September 8, 2020**, the Defendant shall file a response. The response shall not exceed 20 pages.

    d. By **September 15, 2020**, the Plaintiff shall file a reply. The reply shall not exceed 10 pages.

5. Failure to comply with this Order may result in sanctions.

6. The parties' Joint Motion to Extend the Mediation Deadline [ECF No. 82] is **DENIED as MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 24th day of June 2020.

                                                   **ROY K. ALTMAN**
                                                 **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record