UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60270-CIV-ALTMAN/Hunt

**STATIC MEDIA, LLC**,

    *Plaintiff*,

v.

**OJCOMMERCE, LLC**,

    *Defendant*.

_____/

**CONSENT JUDGMENT**

**THIS MATTER** comes before the Court on the parties' Joint Motion for Entry of Consent Judgment [ECF No. 114]. Having reviewed the Motion, the record, and the governing law, the Court hereby

**ORDERS and ADJUDGES** as follows:

1. The Motion [ECF No. 114] is **GRANTED**.

2. Consent Judgment on the issue of liability for patent infringement on Count I is entered in favor of the Plaintiff, Static Media, LLC, whose address is 885 Woodstock Road, Suite 430-383, Roswell, Georgia, 30075, and against the Defendant, OJCommerce, LLC, whose address is 3076 North Commerce Parkway, Miramar, FL 33025. OJ Commerce is hereby permanently enjoined from all sales, offers for sale, marketing or advertising of the Accused Product for as long as the 'D400 Patent is valid, enforceable, and not expired.

3. Consent Judgment is also hereby entered in favor of the Plaintiff, Static Media, LLC, whose address is 885 Woodstock Road, Suite 430-383, Roswell, Georgia, 30075, and against the Defendant, OJCommerce, LLC, whose address is 3076 North Commerce

2

Parkway, Miramar, FL 33025, in the amount of $4,695.00, for which let execution issue forthwith.

4. The Court will retain jurisdiction to determine all issues required under 35 U.S.C. § 285, and to implement and enforce this Consent Judgment. This Consent Judgment fully and finally resolves all the claims and defenses asserted by the Parties in this case, other than those necessary to determine the issues required under 35 U.S.C. § 285.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 20th day of July 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record