UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**STATIC MEDIA LLC,**

      **Plaintiff,**	Case No.  0:19-cv-60270-RKA

v.

**OJCOMMERCE, LLC,**

      **Defendant.**
_____/

### PLAINTIFF'S NOTICE OF PREVIOUSLY AWAREDED FEES AND COSTS

Plaintiff Static Media LLC, pursuant to the Court's January 5, 2021 Order Requiring Previously Awarded Fees and Costs [D.E. 142], files this Notice of Previously Awarded Fees and Costs.  Neither Plaintiff's counsel, Susan V. Warner or Vincent Bushnell, have been awarded attorneys' fees and costs in any federal case decided in the Southern District of Florida within the past two years.

      Respectfully submitted,

By: _____s/Susan V. Warner_____
Susan V. Warner
Florida Bar No. 38205
susan.warner@fisherbroyles.com
FISHERBROYLES, LLP
1221 Brickell Avenue, Suite 900
Miami, FL 33131
Tel: (786) 310-0637

Vincent Bushnell
*Admitted Pro Hac*
vincent.bushnell@fisherbroyles.com
FISHERBROYLES, LLP
945 East Paces Ferry Road NE
Suite 2000
Atlanta, GA 30326
Tel.: (678) 902-7190

*Attorneys for Plaintiff Static Media LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this  5th  day of January, 2021 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      s/Susan V. Warner
                                       Susan V. Warner

### SERVICE LIST
### STATIC MEDIA LLC  vs. OJCOMMERCE, LLC
### CASE NO: 0:19-cv-60270-RKA
### United States District Court, Southern District of Florida

Bridgette N. Thornton, Esq.
Bridgette N. Thornton, P.A.
125 NE 32nd Street, #1118
Miami, Florida 33137
Email: Bridgette.thornton@gmail.com
*Counsel for Defendant OJCommerce, LLC*

Aaron W. Davis
VALHALLA LEGAL, PLLC
204 W. 7th St., PMB 222
Northfield, MN 55057
Phone: (763) 957-2397
davis@valhallalegal.com
*Counsel for Defendant OJ Commerce, LLC*